```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America

 7

 8           IN THE UNITED STATES DISTRICT COURT FOR THE

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No. 01:09-MJ-00052-GSA
                                   )
12              Plaintiff,         )  MOTION AND ORDER TO DISMISS
                                   )  COMPLAINT
13       v.                        )
                                   )
14  J. CAIN CASTREJON-PENALOZA     )
       aka J. Cain Castrejon       )
15     aka Fidel Torrez,           )
                                   )
16              Defendant.         )
    _____)
17

18       Pursuant to Federal Rule of Criminal Procedure 48(a),

19  Plaintiff United States of America, by and through its attorneys

20  of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L.

21  GARRIQUES, Assistant United States Attorney, hereby moves to

22  dismiss the complaint in this case without prejudice in the

23  interest of justice.

24  DATED: July 3, 2012               Respectfully submitted,
                                      BENJAMIN B. WAGNER
25                                    United States Attorney

26                                By: /s/ Ian L. Garriques
                                      IAN L. GARRIQUES
27                                    Assistant U.S. Attorney

28

                                  1
```

**ORDER**

**IT IS HEREBY ORDERED** that the complaint in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: **July 5, 2012**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE